FILED

MAR 1 4 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
BRANDI KRISTINE POULSEN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-mj-00085-SAB |
| *Plaintiff,* | APPLICATION FOR ORDER TO EXONERATE BOND AND RETURN PASSPORT; ORDER THEREON |
| vs. | |
| BRANDI KRISTINE POULSEN | |
| Defendant | Court: Magistrate Judge Erica P. Grosjean |

Brandi Poulsen requests the Court to exonerate her bail and order the return of her U.S. passport which remains in the possession of the Court Clerk. (Fed. R. Crim. P. 46(g))

## PROCEDURAL HISTORY

On May 21, 2014, Brandi Poulsen appeared before the Honorable Stanley A. Boone on a warrant issued from the District of Minnesota. That date the court temporarily released her to the custody of her father, directed her to report to Pre-Trial Services, and set a detention hearing for May 23, 2014. That date the court modified the conditions of release to include surrender of her passport. The passport was duly surrendered to the Clerk of Court on May 28, 2014. (See Attached Docket, Nos. 1-8) Ms. Poulsen asks the court to order exoneration of her bond and return of her passport.

Her case in the District of Minnesota concluded on July 31, 2015, when the court sentenced her to a term of three years of probation, restitution, and a fine. Probation jurisdiction of her case

1  was transferred to the Central District of California in July 2016. (See Attached Docket in No.0:14-

2  cr-0021-ADM-FLN, District of Minnesota, Nos. 57,58,69) Ms. Poulsen completed her term of

3  probation on July 31, 2018.  (See Attached Letter from U.S Probation Officer, Christina Le)

4       Since all conditions of bail have been satisfied and the case is concluded, Ms. Poulsen

5  requests an order exonerating bail and returning her passport which is in possession of the Clerk

6  of Court.  It is requested that the passport be released to her attorney for return to her.

7

8                  Respectfully submitted,

9

10  Dated: March 8, 2023              /s/ Victor M. Chavez

                                      VICTOR M. CHAVEZ

11                                       Attorney for Defendant

                                     BRANDI KRISTINE POULSEN

12

13

14                    **ORDER**

15       IT IS HEREBY ORDERED. that bail is exonerated.  The Clerk of Court shall return the

16  U.S. passport No. 487517473 surrendered by Brandi Kristine Poulson as collateral, to her

17  attorney, Victor M. Chavez.

18       IT IS SO ORDERED.

19

20  Dated:  3/14/23

21                                Erica P. Grosjean

                              U.S. Magistrate Judge

22

23

24

25

26

27

28